From: Charles Bunton
Allred #1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

60,852-08

June 17, 2015

RE: WR-60,852-08; Tr. Ct. NO. 9024242, pending.

Dear Clerk:

The 3rd Court of Appeals at Austin, wrongly affirmed my conviction on direct appeal. The prosecutor who no longer is working for the D.A.'s office — Joe Maida, atty @ law, has mailed me a copy of the JUDGMENT ON JURY VERDICT OF GUILTY and this document, the JUDGMENT AND SENTENCE proves that the 3rd Court of Appeals wrongly affirmed my conviction. The jury convicted me for a third degree felony, but the Third Court of Appeals AFFIRMED a state jail felony conviction that the jury did not convict me of — a state jail felony conviction that is not a part of the JUDGMENT AND SENTENCE in this case. I am seeking to vacate the appellate Court's Judgment, which is void for lack of subject matter jurisdiction, and obtain a new appellate proceeding. Sincerely,

C. Bunton